LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
JOY Y. STEPHENSON -LAWS, ESQ.    (SBN 113755)
BARRY SULLIVAN, ESQ.             (SBN 136571)
RICHARD A. LOVICH, ESQ.          (SBN 113472)
KARLENE J. ROGERS-ABERMAN, ESQ.  (SBN 237883)
HAERA MANOUKIAN, ESQ.            (SBN 309866)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Email: sharutyunyan@sacfirm.com
Telephone:  (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
JOHN MUIR HEALTH, a California non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN MUIR HEALTH, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MODA HEALTH PLAN, INC., an Oregon for profit corporation and DOES 1 THROUGH 25 INCLUSIVE,<br><br>Defendant. | CASE NO. 13:17-CV-06237-SK<br><br>Assigned to Magistrate Sallie Kim<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)] |

1 | TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS
2 | OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff JOHN MUIR HEALTH, and Defendant MODA HEALTH PLAN, INC., through their respective attorneys of record herein, that the above-captioned action be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees incurred in the action.

DATED: April 27, 2018

STEPHENSON, ACQUISTO & COLMAN

/s/ Karlene J. Rogers-Aberman
_____
KARLENE J. ROGERS-ABERMAN
Attorneys for
JOHN MUIR HEALTH

DATED: April 27, 2018

MURCHISON & CUMMING LLP

/s/
_____
WILLIAM D. NAEVE
Attorneys for
MODA HEALTH PLAN, INC.

18853

- 2 -  STIPULATION OF DISMISSAL AND [PROPOSED] ORDER / CASE NO.: 13:17-CV-06237-SK

## [PROPOSED] ORDER

Pursuant to stipulation, and for good cause appearing, IT IS HEREBY ORDERED that:

1. Pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed in its entirety with prejudice, with each party to bear its own costs, attorney fees and expenses.

Date: June 6, 2018

*Sallie Kim*

HON. SALLIE KIM
Magistrate Judge of the United States District Court for the Northern District of California